**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: QUEST DIAGNOSTICS, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2904 |

**MOTION OF PLAINTIFFS JORGE M. FERNANDEZ, JR. AND HECTOR J. VALDES FOR TRANSFER TO AND CONSOLIDATION OR COORDINATION OF RELATED ACTIONS IN THE DISTRICT OF NEW JERSEY**

Plaintiffs Jorge M. Fernandez, Jr. and Hector Valdes (together, the "Movants") respectfully move this Panel pursuant to 28 U.S.C. § 1407, for an order transferring and centralizing for consolidated or coordinated pretrial proceedings in the United States District Court for the District of New Jersey ten class actions in which plaintiffs allege that lax data security measures allowed unauthorized outsiders access to the confidential information of 11.9 million patients of Quest Diagnostics, Inc. ("Quest"). In support of this Motion, Movants state:

1. Ten class actions have been filed against Quest, the world's leading provider of medical diagnostic testing services, and others. The Related Actions generally include counts alleging Defendants' negligence, breach of implied contract, and violations of various state consumer protection statutes. As set forth in the accompanying Schedule of Related Actions, four are pending in the District of New Jersey, three are pending in the Southern District of New York, two are pending in the Central District of California, and one is pending in the Northern District of California.

2. Centralization of the Related Actions will promote the goals of 28 U.S.C. § 1407 by conserving judicial resources, reducing litigation costs, preventing potentially inconsistent pretrial rulings, eliminating duplicative discovery, and permitting the cases to proceed more

efficiently. Plaintiffs in all of the Related Actions allege that Defendants' misconduct resulted in unauthorized outsiders having access to Quest's patients' confidential information over a period of several months.

3. The Related Actions are in their early stages. No responsive pleadings or dispositive motions have been filed. No discovery has been authorized. Centralization of these actions at this early stage will allow the transferee court to efficiently resolve the common factual and legal issues and address overlapping discovery related to these issues.

4. The District of New Jersey is the most appropriate forum for transfer and consolidation or coordination of the Related Actions for at least the following reasons:

- Quest is headquartered in Secaucus, New Jersey, within a 20-minute drive from the Newark vicinage of the District of New Jersey;

- More Related Actions are pending in the District of New Jersey than in any other court;

- The District of New Jersey has demonstrated considerable expertise in the management of complex litigation generally, and with respect to data breach litigation in particular;

- Judge Madeline Arleo, to whom the first-filed case in New Jersey was assigned, is an experienced jurist, particularly with regard to complex class litigation; and

- The pace of dispositions in the District of New Jersey compares favorably with the other courts in which the Related Actions might be consolidated..

5. This motion is based on the accompanying Memorandum of Law and Schedule of Related Actions filed concurrently with this motion.

WHEREFORE, Movants respectfully request that the MDL Panel order that the Related Action pending outside the District of New Jersey, which are listed in the accompanying Schedule of Actions, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the District of New Jersey for consolidated or coordinated pretrial proceedings.

Dated: June 7, 2019

Respectfully submitted,

/s/ Linda P. Nussbaum
Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9189
lnussbaum@nussbaumpc.com

Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road
6th Floor
Ridgefield Park, NJ 07660
 (973) 639-9100
cseeger@seegerweiss.com

*Counsel for Plaintiffs Jorge M. Fernandez, Jr. and Hector Valdes*